UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Myeshia Bryant,<br>Plaintiff,<br><br>v.<br><br>South Carolina Federal Credit Union,<br>Defendant. | CASE NO.: 2:23-cv-06341-RMG-PJG<br><br>**Stipulation of Dismissal with Prejudice** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to and agree that this matter and all claims asserted therein are hereby dismissed, *with prejudice*, without costs or attorney fees to any of the parties against the other.


s/ *Jarrel L. Wigger*
Wigger Law Firm, Inc.
Fed. ID No. 6345
8086 Rivers Avenue, Suite A
North Charleston, SC 29406
Tel. 843-553-9800
Fax 843-203-1496
**ATTORNEY FOR PLAINTIFF**

s/*M. Claire Healy*
K&L Gates LLP
Fed. ID No. 13411
134 Meeting Street, Suite 500
Charleston, SC  29401
Phone:  843-579-5600
Fax:  843-579-5601
**ATTORNEY FOR DEFENDANT**


This 23rd day of May 2024

318852734.1